No. 441. SOUTHWESTERN OIL & GAS CO. *v.* UNITED STATES. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James Walton* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Sewall Key,* and *Millar E. McGilchrist* for the United States.

No. 447. NEW YORK, NEW HAVEN & HARTFORD R. Co. *v.* HENDRICKS. November 25, 1929. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Edward R. Brumley* and *John M. Gibbons* for petitioner. *Mr. Thomas J. O'Neill* for respondent.

No. 448. DICKEY *v.* HURD ET AL.; and
No. 449. SAME *v.* SAME. November 25, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Marcus B. May* for petitioner. *Mr. E. H. Callaway* for respondents.

No. 450. TIFFANY & CO. ET AL. *v.* DAVIS ET AL. November 25, 1929. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Kenneth I. McKay* and *Maynard Ramsey* for petitioners. *Mr. O. K. Reaves* for respondents.

No. 451. FAIRMONT GLASS WORKS *v.* CUB FORK COAL Co. ET AL. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry H. Hornbrook* for petitioner.